[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14641
Non-Argument Calendar
_____

D.C. Docket No. 2:16-cr-00122-SPC-CM-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM LEE,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(January 8, 2019)

Before MARTIN, NEWSOM, and GRANT, Circuit Judges.

PER CURIAM:

Adam Labonte and Juliann Welch, appointed counsel for William Lee in this direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lee's conviction and sentence are **AFFIRMED**.